JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYVAUGHN CARLTON WILLIAMS,<br><br>    Petitioner,<br><br>vs.<br><br>F. JACQUEZ, Warden,<br><br>    Respondent. | Case No. CV 09-2703-DSF (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that respondent's Motion to Dismiss is granted, the Petition is denied and this action is dismissed with prejudice.

DATED:  4/5/10

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE